OA 91  Criminal Complaint

# United States District Court

NORTHERN **DISTRICT OF** CAILFORNIA

UNITED STATES OF AMERICA
V.

JANTAR PHUN

(Name and Address of Defendant)

**FILED**
MAR X 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL COMPLAINT

Case Number: 4-08-70133 WDB

I, the undersigned complainant being duly sworn state that the following is true and correct to the best of my knowledge and belief. On or about  November 3, 2004  in  Alameda County  County, in the  Northern  District of  California  defendant(s) did,

(Track Statutory Language of Offense)
knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, namely, methamphetamine,

in violation of Title  21  United States Code, Section(s)  841(a)(1)  .

I further state that I am a(n)  ATF Special Agent  and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT OF ATF SA KATHERINE A. CASTANEDA

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Approved As To Form: _____ AUSA GARTH HIRE
AUSA

KATHERINE A. CASTANEDA
Name/Signature of Complainant

Sworn to before me and subscribed in my presence,

March 7, 2008
Date

at  San Francisco, California
City and State

HON. JOSEPH C. SPERO, U.S. MAG.
Name & Title of Judicial Officer

Signature of Judicial Officer


Document No.
District Court
Criminal Case Processing

NORTHERN DISTRICT OF CALIFORNIA            )
                                           ) ss:
COUNTY OF SAN FRANCISCO                    )

## AFFIDAVIT

I, Katherine A. Castaneda, Special Agent of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, being duly sworn, hereby declare as follows:

1. I am a Special Agent (SA) of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been so employed since September 2004. Currently I am assigned to the San Francisco Field Division, where my responsibilities involve the investigation of federal firearms-related offenses. I have participated in physical and electronic surveillance, undercover narcotics and firearms transactions, executed search warrants, and reviewed recorded conversations of firearms and drug traffickers. As a federal agent, I am authorized to investigate violations of the laws of the United States and am a law enforcement officer with authority to execute warrants issued under the authority of the United States.

2. The statements contained in this affidavit are based on information provided to me by law enforcement officers as well as my training, experience, and knowledge of this investigation. Because this affidavit is being submitted for the limited purpose of seeking a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that JANTAR PHUN possessed a mixture and substance containing a detectable amount methamphetamine with intent to distribute in violation of 21 U.S.C. § 841(a)(1).

3. I have reviewed a San Leandro Police Department report dated November 3, 2004, and supplemental reports including an Alameda County Sheriff's Office Crime Laboratory Examination Report. The reports contain the information described below establishing probable cause for requested criminal complaint and arrest warrant.

4. On November 3, 2004, San Leandro Police Department (SLPD) officers Fernandez and Decosta were assigned to the SLPD tactical unit and were in full police uniform

and driving an unmarked police vehicle. The officers were advised by SLPD Detective Leja that he had observed JANTAR PHUN driving in the parking lot of Home Depot, located at 1933 Davis Street in San Leandro, California. Detective Leja was aware that PHUN was driving on a suspended license. PHUN also had two outstanding warrants for her arrest. Officers Fernandez and Decosta conducted a traffic stop of PHUN's vehicle in the parking lot. JANTAR PHUN was in the driver's seat, one person was in the front passenger seat, and two people were seated in the rear passenger seat.

5. In the center console of the vehicle the officers saw in plain view two plastic baggies containing a substance that appeared to be methamphetamine and one clear ziplock baggie containing a substance that appeared to be marijuana. The officers continued to search the vehicle and located and retrieved three ziplock baggies containing suspected methamphetamine secreted under the shift console/lever of the vehicle. SLPD Officer Anthony assisted in the search of the vehicle and located a small silver cylindrical container that contained suspected methamphetamine. Officer Decosta weighed and tested the suspected methamphetamine and it tested positive for methamphetamine. PHUN was arrested and transported to the SLPD jail.

6. PHUN was advised in writing of her *Miranda* rights by Officer Fernandez and stated in writing that she understood these rights and wished to speak with the police. Officer Fernandez then wrote the following on the form reflecting PHUN'S oral statement:

> THE LITTLE SILVER CONTAINER WAS IN MY DOOR. THAT WAS MY
> PERSONAL USE STUFF. THE CRANK THAT YOU FOUND UNDER THE
> CENTER CONSOLE WAS MINE. I USUALLY PUT MY STUFF IN THERE
> TO HIDE THE STUFF. THE OTHER DRUGS THAT WERE IN THE
> MIDDLE WERE MINE. I WAS GOING TO DROP IT OFF TO THE GUY
> THAT WAS IN MY CAR. HE DIDN'T PAY ME YET. HE WAS SUPPOSED
> TO PAY ME $150.00 FOR 1/4 OZ. I HAD 2 1/8'S AND ABOUT A DUB
> SACK OF WEED. I'VE BEEN SELLING DRUGS FOR A LITTLE WHILE.

MAYBE A YEAR. I USE DRUGS. I ONLY USE METH. SOMETIMES WEED BUT NOT TO MUCH. SOME DAYS I DON'T SELL DRUGS AT ALL. IT DEPENDS ON THE CUSTOMER. THIS IS THE TRUTH.

JANTAR PHUN then signed the form at the bottom of the written statement.

    7.    According the laboratory report, an Alameda County Sheriff's Office Criminalist, examined the substances taken from two of the plastic baggies recovered from PHUN's vehicle and determined them to be 2.23 grams and 2.59 grams of substances containing methamphetamine.

    8.    For the reasons stated above, I believe that probable cause exists to believe that on November 3, 2004, within the Northern District of California, JANTAR PHUN, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. § 841(a)(1). I therefore respectfully request that the Court issue the requested criminal complaint and arrest warrant.

_____
KATHERINE A. CASTANEDA
Special Agent, ATF


Sworn to before me this
7th day of March

_____
HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

3

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: [X] COMPLAINT  [ ] INFORMATION  [ ] INDICTMENT  [ ] SUPERSEDING

**OFFENSE CHARGED**

Possession with Intent to Distribute Methamphetamine (21 U.S.C. 841(a)(1))

[ ] Petty
[ ] Minor
[ ] Misdemeanor
[X] Felony

PENALTY: Twenty years imprisonment, $1,000,000 fine, $100 special assessment, maximum lifetime supervised release, mandatory minimum three years supervised release

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**

▶ JANTAR PHUN

DISTRICT COURT NUMBER

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Bureau of Alcohol, Tobacco, Firearms, and Explosives

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   [ ] U.S. ATTORNEY   [ ] DEFENSE   } SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under   } MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
[X] U.S. Attorney   [ ] Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA GARTH HIRE

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) [ ] If not detained give date any prior summons was served on above charges ▶

2) [ ] Is a Fugitive

3) [ ] Is on Bail or Release from (show District)

IS IN CUSTODY
4) [X] On this charge

5) [ ] On another conviction   } [ ] Federal  [ ] State

6) [ ] Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  [ ] Yes  [ ] No   } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year  March 7, 2008

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

[ ] This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
[ ] SUMMONS  [ ] NO PROCESS*  [X] WARRANT   Bail Amount: No Bail

If Summons, complete following:
[ ] Arraignment  [ ] Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments: