JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone: (510) 637-3929
   Facsimile: (510) 637-3724
   E-Mail: Garth.Hire@udoj.gov

Attorneys for Plaintiff

FILED
MAR X 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>JANTAR PHUN,<br><br>   Defendant. | NO. 4-08-70133<br><br>SEALING APPLICATION AND SEALING ORDER |

     The United States requests that the Criminal Complaint, Affidavit, Penalty Sheet and Arrest Warrant (except that the Clerk's office may provide a copy of the Arrest Warrant to the U.S. Attorney's Office and the executing agents) in the above-captioned case filed with the Court on March 7, 2008, be filed under seal until further order of the Court. The reason for this request is to prevent the facts and circumstances of defendant's offense and federal arrest from becoming public and therefore available and known to co-conspirators of the defendant who may attempt to

///

///

///

SEALING APPLICATION AND ORDER

1

1  locate and harm defendant. Revealing the existence of the complaint therefore may compromise
2  the safety of the defendant.
3      WHEREFORE, I respectfully request that the Court issue an Order granting this Application.
4  DATED: March 7, 2008                    Respectfully submitted,
5
6                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
7
8                                          _____
9                                          GARTH HIRE
                                           Assistant United States Attorney
10
11                                **ORDER**
12      On the government's application, the Criminal Complaint, Affidavit, Penalty Sheet, and
13 Arrest Warrant filed with the Court on March 7, 2008, shall be filed under seal until further order
14 of the court (except that the Clerk's office may provide a copy of the Arrest Warrant to the U.S.
15 Attorney's Office and the executing agents).
16      IT IS SO ORDERED.
17
18
19
20 DATED: 7/7/0¥                             _____
21                                          HONORABLE JOSEPH C. SPERO
                                            UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28

SEALING APPLICATION AND ORDER

2