AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____

UNITED STATES OF AMERICA
V.
JANTAR PHUN

**WARRANT FOR ARREST**

Case Number: 4-08-70133 WDB

FILED
MAR 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JANTAR PHUN _____
                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, namely, methamphetamine,

in violation of Title  21  United States Code, Section(s)  841(a)(1)

Joseph C. Spero
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

3/5/08    San Francisco
Date and Location

**Bail Fixed At:**
NO BAIL

by: Joseph C. Spero, U.S. Magistrate Judge
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3-7-08 | B. Cummings  SA  FO2 ATF | [signature] |

District Court
Criminal Case Processing