| DOCUMENTS UNDER SEAL | | TOTAL TIME (mins): 3 Mins | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | **DEPUTY CLERK** Ivy L. Garcia | **REPORTER/FTR** FTR: 4/22/08 10:17:29-10:20:00 | |
| **MAGISTRATE JUDGE** HON. WAYNE D. BRAZIL | **DATE** 4/22/08 | **NEW CASE** ☐ | **CASE NUMBER** 4-08-70133-WDB |

### APPEARANCES

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | PD. ☐  RET. ☐ |
|---|---|---|---|---|---|
| JANTAR PHUN | | Yes | P | Angela Hansen | APPT. ☒ |
| **U.S. ATTORNEY** Garth Hire | **INTERPRETER** None | ☐ FIN. AFFT SUBMITTED | | ☐ COUNSEL APPT'D | |
| **PROBATION OFFICER** None | **PRETRIAL SERVICES OFFICER** Betty Kim | **DEF ELIGIBLE FOR APPT'D COUNSEL** ☐ | | **PARTIAL PAYMENT OF CJA FEES** ☐ | |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS 3 Mins HELD |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

**FILED APR 22 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND**

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 6/9/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ FURTHER STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 10:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. WAYNE D. BRAZIL | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED BY THE DEFT. RE: PRELIM. HRG./ARRAIGN. ON INDICTMENT | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 BET. NOW & UNTIL 6/9/08 FOR EFFECTIVE PREP. OF COUNSEL & PLEA NEGOTIATIONS MORE | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

The govt's atty. said that the parties continually have been discussing the pre-indictment resolution of this case. The parties jointly asked the Court for a continuance to give them additional time to negotiate - without objection from the deft., request GRANTED.

cc: WDB's Stats

DOCUMENT NUMBER: Document No. 6

District Court Criminal Case Processing